NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICKY LEE RATTON,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )        Case No. 2D17-1888
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____ )


Opinion filed November 21, 2018.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.